**GARDNER, Jr., Doing Business Under Name of Gardner, Jr., Furniture Company, Movant, v. ENGLISH, Opposed.**

Court of Appeals of Kentucky.

Jan. 17, 1939.

L. B. ALEXANDER for movant.

HOLLAND G. BRYAN, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**HYDEN, Movant, v. BARNES et al., Opposed.**

Court of Appeals of Kentucky.

Jan. 27, 1939.

WALTER N. FLIPPIN for movant.

B. J. BETHURUM, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**GEARY-WRIGHT TOBACCO COMPANY et al., Movants, v. FORD et al., Opposed.**

Court of Appeals of Kentucky.

Feb. 17, 1939.

HARRISON, SAMUELS & VINCENT for movants.

L. M. ACKMAN, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.